MICHAEL R. WILLIAMS
EMAIL: MWILLIAMS@HSMLAW.COM

May 16, 2011

Magistrate Judge Joseph C. Spero
United States District Court, Northern District of CA
San Francisco Courthouse, Courtroom A - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

    Re:    **Board of Trustees of the Bay Area Roofers Health & Welfare Trust Fund**
                **United States, Northern District Court Case No. CV110461**

Dear Magistrate Judge Joseph C. Spero:

    Pursuant to Local Rule 16-10, I respectfully request permission to appear at the Case Management Conference set for May 20, 2011 at 1:30 p.m., in Courtroom A, via telephonic appearance. My direct land line telephone number is (916) 925-6620.

                        Very truly yours,

                        HEFNER, STARK & MAROIS, LLP

    By    [signature]

                        Michael R. Williams

MRW:jp

K:\Hester Roofing\Board of Trustees Bay Area Roofers Health & Welfare (7788-0002)\ltr court 1.wpd

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call. The Court will initiate the phone contact.

Dated: May 17, 2011

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]