# ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 315
SAN FRANCISCO, CA 94104
PHONE: (415) 392-5431 FAX (415) 392-1978

PLEASE REPLY TO: 3030 BRIDGEWAY, SUITE 121
SAUSALITO, CA 94965
PHONE: (415) 729-9006
FAX: (415) 729-9023
e-mail: mjcarrll@pacbell.net

June 8, 2011

Honorable Magistrate Judge
    Joseph C. Spero
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   Board of Trustees of the Bay Area Roofers, et al.
       vs. Hester Roofing, etc.
       Case No. C 11 0461 JCS

Dear Magistrate Spero:

Pursuant to Local Rule 16-10 I respectfully request permission to appear at the Further Case Management Conference set for June 17, 2011 at 1:30 p.m. via telephonic appearance. My telephone number will be 415-407-5431.

Yours very truly,
  /s/
Michael J. Carroll
MJC/da

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 p.m. and await the Court's call. The Court will initiate the phone contact.

Dated: 06/09/11                                                          
Magistrate Judge Joseph C. Spero

