MICHAEL R. WILLIAMS
EMAIL: MWilliams@HSMlaw.com

June 9, 2011

Honorable Magistrate Judge Joseph C. Spero
United States District Court, Northern District of CA
San Francisco Courthouse, Courtroom A - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    **Board of Trustees of the Bay Area Roofers Health & Welfare Trust Fund, et al. v. Hester Roofing, et al.**
             **United States, Northern District Court Case No. CV110461**

Dear Magistrate Judge Joseph C. Spero:

    Pursuant to Local Rule 16-10, I respectfully request permission to appear at the Case Management Conference set for June 17, 2011 1:30 p.m., in Courtroom A, via telephonic appearance. My telephone number is (916) 925-6620.

                Very truly yours,

                HEFNER, STARK & MAROIS, LLP

        By *[signature]*
              Michael R. Williams

MRW:jp
K:\Hester Roofing\Board of Trustees Bay Area Roofers Health & Welfare (7788-0002)\ltr court 2.wpd

    IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 p.m. and await the Court's call. The Court will initiate the phone contact.

Dated: 06/09/11                                  _____
                                                  Magistrate Judge Joseph C. Spero