ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HESTER ROOFING, etc., <br><br> Defendant. | No. C 11 0461 JCS <br><br> STIPULATION FOR JUDGMENT |

IT IS HEREBY STIPULATED and agreed by and between plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, through their attorneys, and defendant, HESTER ROOFING, a California corporation, that plaintiffs have and recover judgment from defendants in the amount of $90,364.48, which amount is composed of the following:

1. Contributions due and unpaid to plaintiffs for the months of October and November 2010 in the amount of $58,854.94 and liquidated damages due and unpaid to plaintiffs for the months of

1 | October and November 2010 in the amount of $31,009.54, for a total due
2 | of $89,864.48; and
3 |        2. Costs of suit incurred herein in the total amount of
4 | $500.00.
5 |        IT IS FURTHER STIPULATED and agreed by and between the
6 | parties hereto execution on this judgment will be stayed for a period
7 | of 60 days from the date of entry of judgment.
8 |        IN WITNESS WHEREOF, plaintiffs' attorney and defendant has
9 | executed this Stipulation for Judgment.
10 | Dated: May 18, 2011         ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION
11 |
                                 By: _____
12 |                                  Michael J. Carroll
                                     Attorneys for Plaintiffs
13 |
14 | Dated: ~~May~~ JUNE 22, 2011   HESTER ROOFING, a California
                                    corporation
15 |
                                 By: Robert D. Bostwick
16 |                              Print Name: Robert Bostwick
                                 Corporate Title: President
17 |
18 | APPROVED AS TO FORM:
19 | HEFNER, STARK & MAROIS, LLP
20 | By: _____
21 |    Michael R. Williams
       Attorneys for Defendant
22 |
23 | Dated: ~~May~~ June 23, 2011
24 |
25 |
26 |
27 |
28 |