| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO: 415-729-9006 [X] Recording requested by and return to: ERSKINE & TULLEY, A PROF. CORPORATION MICHAEL J. CARROLL (St. Bar #50246) 3030 Bridgeway, Suite 121, Sausalito, CA 94965 [X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | FOR RECORDER'S USE ONLY |
|---|---|
| NAME OF COURT: U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>PHONE NUMBER: | |
| PLAINTIFF: BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.<br>DEFENDANT: HESTER ROOFING, etc. | CASE NUMBER:<br>C 11 0461 JCS |
| **ABSTRACT OF JUDGMENT** | |

1. The [X] judgment creditor [ ] assignee of record applied for an abstract of judgment and represents the following:

    a. Judgment debtor's

    Name and last known address

    HESTER ROOFING
    c/o ROBERT BOSTWICK
    P. O. BOX 245390
    SACRAMENTO, CA 95824

    b. Driver's license no. & state: _____ [XX] Unknown
    c. Social Security no.: _____ [XX] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
    8120-35th Avenue, Sacramento, CA 95824

    e. [ ] Additional judgment debtors are shown on reverse.

    Date: August 24, 2011

    MICHAEL J. CARROLL
    (TYPE OR PRINT NAME)

    [signature]
    (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor (name): BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE

    whose address appears on this form above the court's name.

8. A stay of enforcement has
   a. [X] has not been ordered by the court
   b. [ ] been ordered by the court effective until (date):
9. [ ] This judgment is an installment judgment.

**RICHARD W. WIEKING**

4. Judgment debtor (full name as it appears in judgment):
   HESTER ROOFING, a California corporation

**GINA AGUSTINE**
Clerk, by _____, Deputy

5. a. Judgment entered on (date:) 6/30/11
   b. Renewal entered on (date:)
   c. Renewal entered on (date:)

Date Issued  AUG 2 6 2011

6. Total amount of judgment as entered or last renewed:
   $ 90,364.48
7. [ ] An [ ] execution [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount $
   b. In favor of (name and address):

ABSTRACT OF JUDGMENT